UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DAVID THOMPSON, | Case No. 3:21-cv-00304-MMD-CLB |
|---|---|
| Plaintiff | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS et al., | |
| Defendants | |

On January 31, 2022, the Court issued a screening order and granted Plaintiff until March 2, 2022, to file an amended complaint or the case would be dismissed without prejudice. (ECF No. 5 at 5-6). On February 23, 2022, Plaintiff submitted a motion for a 90-day extension of time to file his amended complaint because he did not know that rules had changed since 2018-2019. (ECF No. 7).

The Court grants the motion for an extension of time in part. Plaintiff will file the amended complaint on or before Friday, April 15, 2022. If Plaintiff chooses not to file an amended complaint, the Court will recommend dismissal without prejudice. (ECF No. 5 at 6).

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 7) is granted in part. Plaintiff will file his amended complaint on or before Friday, April 15, 2022.

It is further ordered that, if Plaintiff fails to timely file his amended complaint, this action may be dismissed without prejudice.

DATED THIS  1st  day of March 2022.

_____
UNITED STATES MAGISTRATE JUDGE